MUNICIPIO DE PONCE, DEMANDANTE APELANTE *v.* SANTOS, DEMANDADO APELADO.

MUNICIPIO DE PONCE. DEMANDANTE Y APELANTE *v.* CHEVALIER ET AL., DEMANDADOS Y APELADOS.

MUNICIPIO DE PONCE, DEMANDANTE Y APELANTE *v.* PARRA ET AL., DEMANDADOS Y APELADOS.

MUNICIPIO DE PONCE, DEMANDANTE Y APELANTE *v.* CINTRÓN, DEMANDADO Y APELADO.

MUNICIPIO DE PONCE, DEMANDANTE Y APELANTE *v.* VIVES, DEMANDADO Y APELADO.

MUNICIPIO DE PONCE, DEMANDANTE Y APELANTE *v.* ALVARADO, DEMANDADO Y APELADO.

APELACIONES procedentes de la Corte de Distrito de Ponce en pleitos sobre *injunction*.

Nos. 1952, 2015, 2016, 2061, 2079, y 2080.- -Resueltos en abril 15, 1920, respectivamente, por los fundamentos del caso No. 1951, *Municipio de Ponce* v. *Vendrell,* de abril 15, 1920 (pág. 329).

Abogados de los apelantes: *Sres. A. Lastra y M. Guerra.*

Abogados de los apelados: *Sres. Parra & Pérez Marchand, J. Tous Soto, F. M. Toro, G. Rodríguez y A. Ortiz Toro.*

*Confirmadas las sentencias apeladas.*

Jueces concurrentes: Sres. Presidente Hernández, y Asociados Wolf, del Toro, Aldrey y Hutchison.